**MICHAEL D. PARIENTE, ESQ.**
Nevada Bar No. 9469
**PARIENTE LAW FIRM, P.C.,**
**JOHN G. WATKINS, OF COUNSEL**
3800 Howard Hughes Pkwy, Suite 620
Las Vegas, Nevada 89169
(702) 966-5310,  (F) (702) 474-4210
Email: michael@parientelaw.com
Attorney for Defendant
**JANIS JONES**

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.  2:17-CR-244-APG-NJK |
| Plaintiff, | |
| vs. | |
| **JANIS JONES**, | |
| Defendant. | |

### STIPULATION AND ORDER TO TRAVEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between **JIM W. FANG,** Assistant United States Attorney, counsel for the United States of America, and **MICHAEL D. PARIENTE, ESQ.**, counsel for **JANIS JONES;** that Defendant Jones's pretrial release conditions be temporarily modified to allow her to travel outside of Las Vegas, Nevada as set forth below. This stipulation is entered into for the following reasons.

1. Jones will be traveling with her son to travel to Oahu, Hawaii from January 22, 2022 through January 29, 2022.

2. The Pretrial Services Officer supervising Jones informs the Government that she has no objection to Jones traveling to Oahu, Hawaii and that Jones has to date complied with her conditions of release.

3. As a condition of Jones's pretrial release, she is restricted to travel.

Accordingly, the parties hereby request that the Court temporarily modify Jones's conditions to allow her to travel under the following conditions:

1. Jones will be allowed to travel to Oahu, Hawaii from Las Vegas, Nevada on January 22, 2022 through January 29, 2022.

2. Within 24 hours of her return to Las Vegas, Nevada, Jones will check in with her pretrial officer.

**DATED** this 2nd day of December, 2021.

| | |
|---|---|
| /s/ Michael D. Pariente, Esq. | /s/ Jim W Fang, Esq. |
| **MICHAEL D. PARIENTE, ESQ.** | **JIM W FANG** |
| Nevada Bar No. 9469 | Assistant United States Attorney |
| 3800 Howard Hughes Pkwy, Suite 620 | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada 89169 | Las Vegas, NV 89101 |
| Attorney for Defendant Jones | Attorney for the United States |

### ORDER

Based upon the Stipulation of Counsel, and with good cause appearing, **IT IS SO ORDERED**.

DATED this 6th day of December, 2021.

_____
**U.S. MAGISTRATE JUDGE**