CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>BRIAN SORENSEN and<br><br>JANICE LEE JONES,<br><br>              Defendants. | Case No. 2:17-cr-244-APG-NJK<br><br>**Order Granting**<br>**Stipulation to Extend Deadlines**<br>**Regarding Defendants' Motions (First Request)** |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, through Jim W. Fang, Assistant United States Attorney, Thomas F. Pitaro, Esq., counsel for defendant Brian Sorensen, and Michael Pariente, Esq., counsel for defendant Janice Lee Jones, that the government's deadline to respond to defendants' Motions to Dismiss, ECF Nos. 139 & 140, currently set for December 20, 2021, be extended until January 5, 2022.

1. Defendants filed their Motions to Dismiss on December 6, 2021, and the government's deadline to respond to the Motions is set for December 20, 2021.

2. Due to the upcoming holidays, government counsel has already made plans to visit family prior to the filings of the Motions. To thoroughly prepare its response, the

government reached out to defense counsels to discuss an extension to the government's response deadline, which they graciously consented.

3. As such, the government respectfully ask this Court to grant an extension, until January 5, 2022, for the government to respond to defendants' Motions to Dismiss.

DATED this 13th day of December, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

 s/ Jim W. Fang
JIM W. FANG
Assistant United States Attorney
*Counsel for the United States*

s/ Thomas F. Pitaro
THOMAS F. PITARO, ESQ.
*Counsel for Defendant Sorensen*

s/ Michael Pariente
MICHAEL PARIENTE, ESQ.
*Counsel for Defendant Jones*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SORENSEN and<br><br>JANICE LEE JONES,<br><br>Defendants. | Case No. 2:17-cr-244-APG-NJK |

**ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Government's response to defendants' Motions to Dismiss, ECF Nos. 139 & 140, shall be filed and served on or before January 5, 2022.

DATED December 15, 2021.

_____
Nancy J. Koppe
United States Magistrate Judge

3