**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN SORENSEN and JANICE LEE JONES,<br><br>　　　　　Defendants. | Case No. 2:17-cr-244-APG-NJK<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS DENYING MOTIONS TO DISMISS**<br><br>(ECF No. 139, 140, 149, 150) |

　　　Defendants Brian Sorensen and Janice Lee Jones moved to dismiss the superseding indictment based on alleged outrageous government conduct. ECF Nos. 139, 140. Magistrate Judge Koppe recommended that the motions be denied. ECF Nos. 149, 150. Jones did not object to the recommendation regarding her, but Sorensen objected to the recommendation as to his motion. ECF No. 151. I have conducted a de novo review of the issues set forth in the Report and Recommendation as required by Local Rule IB 3-2. Judge Koppe's Reports and Recommendations set forth the proper legal analysis and factual basis for the decision.

　　　I THEREFORE ORDER that Magistrate Judge Koppe's Reports and Recommendations **(ECF Nos. 149, 150) are accepted and approved in their entirety**. Sorensen and Jones' motions to dismiss **(ECF Nos. 139, 140) are denied.**

　　　DATED this 14th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE