**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JANICE LEE JONES,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00244-APG-NJK<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DENYING MOTION TO DISMISS**<br><br>(ECF Nos. 160, 163) |

　　　Defendant Janice Lee Jones moved to dismiss the superseding indictment based on pre-indictment delay. ECF No. 160.  Magistrate Judge Koppe recommended that the motion be denied. ECF No. 163.  Jones objected to that recommendation. ECF No. 164.  I have conducted a de novo review of the issues set forth in the Report and Recommendation as required by Local Rule IB 3-2.  Judge Koppe's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision, and I adopt it as my own.

　　　I THEREFORE ORDER that Magistrate Judge Koppe's Report and Recommendation **(ECF No. 163) is accepted and approved in its entirety**.  Jones's motion to dismiss **(ECF No. 160) is denied.**

　　　DATED this 3rd day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE