JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN M. LEWIS,<br>BRIAN SORENSEN, and<br>JANICE LEE JONES,<br><br>　　　　Defendants. | 2:17-CR-244-APG-NJK<br><br>**Order Granting Motion to Withdraw as Forfeiture Attorney** |

Under LR IA 11-6(b), the United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case. Under LR IA 11-6(e), this Motion will not delay discovery, the trial, or any hearing, and good cause is shown because forfeiture cannot be pursued in a Pre-Trial Diversion Agreement. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

Dated: December 26, 2023.

Respectfully submitted,
JASON M. FRIERSON
United States Attorney
*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

Dated: December 27, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE